# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Case No. 2:10-cr-91-PMP-GWF |
| VS. | |
| BARBARA JEAN DENNIS, | **ORDER** |
| DEFENDANT. | |

IT IS ORDERED that the above captioned case shall be unsealed.

DATED this 11th day of March, 2013.

_____
The Honorable Philip M. Pro
United States District Court Judge

3